```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
                                   :    UNSEALING ORDER
UNITED STATES OF AMERICA           :
                                   :    S2 21 Cr. 715 (RMB)
        - v. -                     :
                                   :
CARLOS ROMERO-GARCIA,              :
    a/k/a "Barbas,"                :
                                   :
                Defendant.         :
                                   :
- - - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Alexander Li and David Robles;

It is found that Superseding Indictment S2 21 Cr. 715 is currently sealed and the United States Attorney's Office has applied to have the Superseding Indictment unsealed, it is therefore

ORDERED that Superseding Indictment S2 21 Cr. 715 be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       November 14, 2024

                                    _____
                                    HONORABLE ONA T. WANG
                                    UNITED STATES MAGISTRATE JUDGE