UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :

   - v. -                       :

CARLOS ROMERO-GARCIA,           :
   a/k/a "Barbas,"
                                :
          Defendant.
                                :
- - - - - - - - - - - - - - - - - x

**SEALED SUPERSEDING INDICTMENT**

S2 21 Cr. 715

## COUNT ONE

**(Narcotics Importation Conspiracy)**

The Grand Jury charges:

1. From at least in or about January 2018, up to and including in or about April 2018, in Mexico, Brazil, Colombia, Peru, and elsewhere, and in an offense begun and committed out of the jurisdiction of any particular State or district of the United States, CARLOS ROMERO-GARCIA, a/k/a "Barbas," the defendant, and others known and unknown, at least one of whom is expected to be first brought to and arrested in the Southern District of New York, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that CARLOS ROMERO-GARCIA, a/k/a "Barbas," the defendant, and others known and unknown, would and did import into the United States and

into the customs territory of the United States from a place outside thereof controlled substances, in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1).

3. It was further a part and an object of the conspiracy that CARLOS ROMERO-GARCIA, a/k/a "Barbas," the defendant, and others known and unknown, would and did manufacture, possess with intent to distribute, and distribute controlled substances, intending, knowing, and having reasonable cause to believe that such substances would be unlawfully imported into the United States and into waters within a distance of 12 miles of the coast of the United States, in violation of Title 21, United States Code, Sections 959(a) and 960(a)(3).

4. The controlled substances that CARLOS ROMERO-GARCIA, a/k/a "Barbas," the defendant, conspired to (a) import into the United States and into the customs territory of the United States from a place outside thereof, and (b) manufacture, possess with intent to distribute, and distribute, intending, knowing, and having reasonable cause to believe that such substances would be unlawfully imported into the United States and into waters within a distance of 12 miles of the coast of the United States, were (i) five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 960(b)(1)(B), and (ii) 400 grams and more of mixtures and substances containing

a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 960(b)(1)(F).

(Title 21, United States Code, Section 963; Title 18, United States Code, Section 3238.)

**FORFEITURE ALLEGATIONS**

5. As a result of committing the controlled substance offense alleged in Count One of this Indictment, CARLOS ROMERO-GARCIA, a/k/a "Barbas," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of said offense and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

<u>Substitute Assets Provision</u>

6. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

3

d.    has been substantially diminished in value; or

                e.    has been commingled with other property which
                      cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Sections 853(p) and 970, and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

            (Title 21, United States Code, Sections 853 and 970;
               Title 28, United States Code, Section 2461.)

_____          _____
FOREPERSON                               DAMIAN WILLIAMS
                                         United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CARLOS ROMERO-GARCIA,
a/k/a "Barbas,"

Defendant.

### SEALED INDICTMENT

S2 21 Cr. \_\_\_\_

(21 U.S.C. § 963;
18 U.S.C. § 3238.)

DAMIAN WILLIAMS
United States Attorney.

A TRUE BILL

_____
Foreperson.

11/18/21 Filed s2 superseding indictment under seal
Arrest warrant issued

USMJ Wang