U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

February 12, 2025

**BY ECF**
The Honorable Richard Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    United States v. Carlos Romero-Garcia, S2 21 Cr. 715 (RMB)

Dear Judge Berman:

The Government writes, on behalf of the parties, to respectfully request that the status conference for defendant Carlos Romero-Garcia scheduled for February 18, 2025 at 10:00 a.m. be adjourned for approximately 60 days. The defense is presently reviewing the discovery, which is voluminous, and the parties anticipate that an adjournment will facilitate both the defense's review of the discovery and the parties' discussions of a pretrial disposition of the case. If the Court grants the adjournment, the Government further requests, with the consent of the defendant, that Speedy Trial time be excluded until the next conference date.

Respectfully submitted,

DANIELLE R. SASSOON
United States Attorney

By: _____
Alexander Li / David Robles
Assistant United States Attorneys
(212) 637-2265 / -2550

cc: Grainne O'Neill, Esq. (by ECF)

*Handwritten order:* Conference is adjourned to 4/23/25 at 10:00 a.m. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 2/12/25    Richard M. Berman
Richard M. Berman, U.S.D.J.