**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                 :

                        Government,        :      21 CR. 715 (RMB)

     - against -                         :      **ORDER**

CARLOS ROMERO-GARCIA,             :

                        Defendant.          :
---------------------------------------------------------------x

        The status conference previously scheduled for Wednesday, April 23, 2025 at 10:00 A.M. is hereby rescheduled to Wednesday, April 16, 2025 at 11:00 A.M.

        The proceeding will be held in Courtroom 17B.

Dated: March 25, 2025
         New York, NY

                                        _____
                                             RICHARD M. BERMAN
                                                    U.S.D.J.