**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                      Government,   :   21 CR. 715 (RMB)

        - against -           :   **ORDER**

CARLOS ROMERO-GARCIA,           :

                                      Defendant.    :
---------------------------------------------------------------x

The sentencing scheduled for Wednesday, September 24, 2025 at 11:00 A.M. will take place in Courtroom 17B.

Dated: September 10, 2025
       New York, NY

                                            RICHARD M. BERMAN
                                                U.S.D.J.